# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CASSANDRA ESPINOZA,

               Plaintiff,

v.

COSTCO WHOLESALE
CORPORATION; KATHLEEN
RICHMOND; and DOES 1 to 25,

               Defendants.

Case No. 8:24-cv-00083-FWS-(JDEx)

**ORDER OF DISMISSAL**

## ORDER OF DISMISSAL

     Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

     The parties further agreed that the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement.

Dated: February 6, 2024

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT COURT